FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2016 JUL 19 PM 2: 52

STATE OF CONNECTICUT : US DISTRICT COURT
: BRIDGEPORT CT (VAB)
:
:
FAIRFIELD COUNTY : JULY 19, 2016

## AFFIDAVIT

I, JAMES M. LAWTON, being duly sworn, depose and say that:

### AGENT BACKGROUND AND INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed since August 1996. Prior to joining the FBI, I was a Military Police Officer in the United States Army for approximately 3 ½ years. I was also a police officer in the City of Pittsburgh, Pennsylvania for approximately 2 ½ years. In addition to my prior experience as a law enforcement officer, I have participated in classes devoted to narcotics enforcement, homicide investigations, violent street gangs and electronic surveillance. During my tenure as a federal law enforcement officer, I have participated in investigations into violent threats, financial fraud, fraud against the government, interstate transportation of stolen property, kidnapping, illegal distribution of controlled substances, homicide, extortion and crimes of violence perpetrated in furtherance of organized criminal activity. In addition, I have utilized confidential sources, cooperating witnesses and undercover police officers; I have written, obtained and coordinated the execution of search and arrest warrants; and I have conducted electronic as well as physical surveillance of individuals involved in illegal activity. I have also analyzed records relating to criminal conduct, provided testimony both in Grand Jury proceedings and District Court proceedings, and spoken with informants and subjects, as well as other local, state and federal law enforcement officers.

2. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony offenses.

3. I have participated fully in this investigation and, as a result of my participation and information received from other law enforcement officers, I am thoroughly familiar with the circumstances of the investigation and the information set forth in this affidavit.

4. The statements contained in this affidavit are based on: (1) my personal participation in the investigation; (2) information provided by other law enforcement officers, including members of the Federal Bureau of Investigation, the Stamford Police Department and the Connecticut State Police; and (3) my experience and training.

5. Based upon the facts set forth below, and as a result of my personal participation in this investigation, I submit that there exists probable cause to believe, and I do believe, that KENDALL J. SULLIVAN ("Sullivan") has committed violations of Title 18, United States Code, Section 875(c) (threatening communications).

6. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant I have not included each and every fact regarding this investigation. Rather, I have set forth only the facts necessary to establish probable cause to believe that Sullivan has violated Title 18, United States Code, Section 875(c).

## APPLICABLE LAW

7. It is my understanding that Title 18, United States Code, Section 875(c) prohibits, among other things, the electronic transmission of threatening communications, providing, in pertinent part, that:

> Whoever transmits in interstate or foreign commerce any communication containing . . . any threat to injure the person of another, shall be [guilty of a crime].

2

*See* 18 U.S.C. § 875(c). It is my understanding that in order for a defendant to be charged with transmitting, in interstate commerce, a communication containing any threat to injure the person of another, there must be probable cause to believe that: (1) the communication was transmitted in interstate commerce; (2) the defendant transmitted the communication either with the purpose of issuing a threat or with knowledge that the communication would be understood as a threat; and (3) the communication contained a threat or threats to injure the person of another.

## FACTS AND CIRCUMSTANCES

8. Following information provided by a complainant, the FBI learned that, over the past several weeks, username "KS43" on an internet forum called "Metalthrone.net" had made several threatening posts directed at synagogues, Jews and others. The complainant indicated a belief that the individual using username KS43 resided in Connecticut.

9. Further investigation confirmed that username KS43 had made several threatening posts on Metalthronet.net. For example, on or about May 29, 2016, username KS43 posted the following on Metalthrone.net:

> Israel, God and Synagogues.
>
> I will kill them. I have a few "Houses of Satan" in my Town...
>
> If these Jews truly believe in their god Satan, I will upset their world. I will slaughter them and burn their Synagogue to the ground . . . kids, goldfish, old folks...
>
> Shove money down their throats.

10. On or about May 28, 2016, username KS43 posted the following on Metalthrone.net: "Yes. I am a Nazi. My first goal (as a NAZI) is the destruction of "Bank of America.""

11. On or about June 10, 2016, in a post during which username KS43 complained about his mother and adult brother, username KS43 posted, in pertinent part, the following on Metalthrone.net: "I am waiting for Death. Waiting for people to die now…My death or others…"

12. Later, on or about June 10, 2016, in apparent response to messages from another user on Metalthrone.net, username KS43 posted, in pertinent part, the following:

I am going after YOU..Your Family, Wife, kids, Grandkids, Gold Fish….

I am warning YOU, I will go after YOU.

As I get older, I just don't give a damn..

I will meet you in Westport at the Carvel! And then I will shoot or run over you..

A 50 year old kills a Satanist with a 9mm….[smiley face emoji]

YOU are a Satanist and responsible for the attempt at my Life. You and your Satanist group.

So, it is not just YOU, but your fellow Satanists I want to track down and kill..

I will use YOU to find others…

And Kill them.

You are a fucking JEW!

And Israel was created to support demonic beings like you?

In that case, I want to kill millions of JEWS in Israel at the press of a button!

Millions of JEWS worldwide!

I want to kill you . . . [name redacted]

If only that . . . Name a place . . .

[Name redacted] . . . You are Satanic and must be destroyed.

Wifes [sic], kids, Dogs, Cats, Goldfish . . . . All destroyed . . Why are you forcing me?

13. On or about June 18, 2016 username KS43 posted: "Adolf Hitler is an Angel compared to what I will do….If I had 50 million like minded Warriors! Adolf Hitler was too compassionate and Honorable."

14. On or about June 19, 2016, username KS43 on Metalthrone.net posted what he described as a "post based on pure rage, anger and Hatred." He stated, in pertinent part:

> I am sick and tired of living and dealing with people who hide their inner pains, struggle, and suffering. Hide it with fake smiles and useless talk.
>
> Mother is sick and has no money. But, demands it from me . . . .
>
> Bro is broke and has no money . . . .
>
> What the FUCK!
>
> Fuck You! I have been a very good boy lately. But, if I am forced into a corner of craziness, people and demons will die…
>
> Fuck You! Fuck You!

15. Username KS43's troubling threats and posts on Metalthrone.net, directed at certain groups, nationalities, ethnicities or people, have continued through recent days and weeks as well. On or about July 4, 2016, username KS43 on Metalthrone.net claimed that "Metalthrone is my last place on this Internet," stating that he was "Banned everywhere else because they were shocked and afraid of me." And on or about July 5, 2016, username KS43 posted on Metalthrone.net:

> So, I tell my Polish people I will be debt free August 2017 . . . .
>
> And they are in self denial. They cant believe it…I am supposed to struggle and suffer along with them….
>
> I finally figured it out. Of all the inferior people I have met, their goal was to destroy me. Bring me down below them…
>
> Most people hate me and hate my fun attitude around me…
>
> I am already free, NO IRS or Mortgages (I can no longer spell these names)….

Am prepared to shoot YOU on sight!

And shove Money down your dead fucking Ass…Hole.

Humans who define their entire existence thru that price tag – They are not human beings but Demons and must be destroyed…

. . . .

I am looking forward to my death thru Jesus Christ.

I will be Free. I will be understood.

Afterall, I am a Warrior of Jesus Christ and want to be his Soldier. Help people of earth who have been deceived by Satan,….Help them…

What is a blood and Guts Body of this world anyway? It decays and dies…

16. On or about July 11, 2016, username KS43 posted on Metalthrone.net: "Inside, I am a killer . . . and will kill millions at the press of a button and a passing thought! But, I will not do this…I am ready to die…And go to Heaven thru Jesus Christ. LOL…[mean smiley face emoji]."

17. Further investigation determined that username KS43 on Metalthrone.net resolved to Kendall Sullivan, who lives at 195 Weed Avenue, Stamford, Connecticut. The investigation determined that a company known as "CrowdGather," which is located outside the State of Connecticut, in California, hosts a number of different online forums of which Metalthrone.net is one. Records provided by CrowdGather in response to a subpoena identified an email address of "ken1leo@aol.com," which was used to register the username "KS43" on Metalthrone.net. Further investigation attributed the ken1leo@aol.com email account (and, in turn, the KS43 username on Metalthrone.net) to Kendall Sullivan. For example, records from open source databases and search engines indicated that the ken1leo@aol.com email account resolved to Kendall Sullivan. In addition, the name "ken" appears in the aol.com email account name, and username KS43 contains Kendall Sullivan's initials, "KS."

18. Moreover, much of the substantive information that username KS43 posted on Metalthrone.net is consistent with information about Kendall Sullivan. For example, records from the Department of Labor confirmed that Kendall Sullivan is employed with the Stanwich Club in Greenwich, Connecticut – consistent with posts in which username KS43 stated that he was a groundskeeper at a golf course. For example, on or about June 3, 2016, in response to a post from another user asking whether KS43 was "still working for that golf club?" because "Hitler wouldn't appreciate that, you know," username KS43 on Metalthrone.net responded, in pertinent part:

> Yes, I am a Civilian Manual Laborer.
>
> Adolf Hitler would of been pleased. Then Hitler would take over this Golf Club using his SS Elite. And stop all this money flinging and slavery. Hiring people and giving them bare poverty wages!
>
> Put up a sign saying, "Under New Management". With the flag.
>
> And then, I will be free. Swimming Pool rights and everything. Live there and have the finest food available. Filet Mignon and Lobster every day! Free Beer.
>
> I will still be a Groundskeeper. A Groundskeeper Plus! Part of the "Program."
>
> Then, the US Gov (Wash. DC) would get involved. SWAT, FBI. IRS BATF, CIA, CNN, National Guard. Surround this Country Club.
>
> CNN will say, "Neo-Nazis Swarm Exclusive Country Club. Holding President and Family Hostage."[1]

Similarly, in a posting dated June 29, 2016, username KS43 on Metalthone.net referred again to his employment, referring, in pertinent part, to: "The Private Exclusive CC and Golf Course where I work (I love it by the way – A Sanctuary) . . . ."

19. Additional information and posts further indicated that username KS43 on Metalthrone.net resolved to Kendall Sullivan of 195 Weed Avenue in Stamford. For example, username KS43 made several posts on Metalthrone.net in which he repeatedly complained about

---

[1] The "flag" that KS43 referred to appears to be the Nazi flag, as this particular posting included an image of Adolf Hitler inspecting troops, and a Nazi / Swastika flag can be seen in the background.

7

living with his mother and brother, and apparent arguments and issues he has encountered while living with them. Further investigation determined that Sullivan resides at 195 Weed Avenue, Stamford, Connecticut with his mother and brother – which is consistent with such posts. Moreover, on or about June 29, 2016, username KS43 on Metalthrone.net posted that he "just want[s] to be young again . . . from 1979 and 13 years old." Kendall Sullivan's date of birth is in 1966 – which would have made him thirteen years old in 1979. In addition, there are two landline numbers listed for the residence located at 195 Weed Avenue in Stamford, one of which – (203) 323-5547 – Kendall Sullivan listed as his telephone number on a gun permit.

20. Further investigation determined that Sullivan has at least nine (9) firearms registered to him: (1) a Heckler and Koch .223 caliber SL8-1, bearing Serial Number 48006837; (2) a 9mm Smith and Wesson 5906, bearing Serial Number VAS4045; (3) a Springfield Armory SAR-8 .308 caliber rifle, bearing Serial Number SR14439; (4) a 7.62 x 45 mm Nagant 1944 rifle, bearing Serial Number BC544; (5) a .22 caliber Bertta 21 Bobcat, bearing Serial Number DAA332713; (6) a 7.52 x 45mm Arsenal Co. Bulgaria "Standard" M44 rifle bearing Serial Number KD02058; (7) a .223 Robinson Armament M96 rifle bearing Serial Number HP99002259; (8) a .22LR caliber Marlin 60 rifle bearing Serial Number 0205835; and (9) a .357 caliber Ruger Security Six bearing Serial Number 15635418. In addition, further investigation revealed authorization numbers for four additional unregistered firearms attributed to Sullivan. Per discussions with the Connecticut State Police, the FBI was informed that these were firearms that did not have to be registered and the authorization numbers were used to detail the sale by the seller (all four were sold by Guns & Sales Unlimited, 269 Woodmont Road, Milford, Connecticut). Accordingly, there were concerns not only about Kendall Sullivan's threatening communications, but also about Kendall Sullivan's potential to act out on, and/or carry out his stated threats.

21. Based in part on the foregoing, on July 13, 2016, United States Magistrate Judge William I. Garfinkel granted the government's application for a search warrant to search for and seize evidence of violations of Title 18, United States Code, Section 875(c) (threatening communications) from Sullivan's residence located at 195 Weed Avenue in Stamford, Connecticut, including any firearms, weapons or ammunition, as well as computer media. On or about July 11, 2016, the Stamford Police Department and the Stamford State's Attorney's Office applied for and obtained a "State Search and Seizure Warrant: Firearms - Person Posing a Risk to Self or Others" (the "State Risk Warrant"). The State Risk Warrant authorized the search of, and seizure from the person of Kendall Sullivan, his residence and his vehicle, any firearms and ammunition.

22. On July 15, 2016, law enforcement officers executed the search warrants and interviewed Sullivan. Officers approached Sullivan at the Stanwich Golf Club and secured his vehicle without incident. Sullivan was advised of the circumstances of the search warrant. The search of his for any weapons or contraband was negative. A Stamford Police Sergeant and an FBI Task Force Detective then spoke with Sullivan. Sullivan, who was never handcuffed, was advised that he was not under arrest, but that he was a subject of an investigation for some disturbing comments he had made on an internet site. Kendall was advised that due to the nature of the comments on the internet site, the State Risk Search Warrant had been approved, authorizing the seizure of any weapons, firearms or ammunition in his possession. At first Kendall advised that he was surprised and unaware of why officers were there and that there must be a misunderstanding. Kendall was advised that it was in regards to some comments he had posted on Metalthrone.net. Kendall then acknowledged that he knew what the officers were talking about, and he began to apologize for what he had posted without specifying what he had posted. Kendall requested a pad of paper to write a formal apology for his actions in regards to his activities on Metalthrone.net.

Kendall was provided a pad of paper and spent approximately five minutes writing an apology for his actions without any specific detail on what those actions were. The Stamford Police Sergeant advised Kendall that his apology was appreciated, but that officers would like to speak with him further about his actions or postings and what he meant by them. Kendall advised that this was a big misunderstanding and that he wished to cooperate with clearing up what his activities were, and he agreed to accompany the law enforcement officers to the Stamford Police Department to provide a voluntary statement. Officers again advised Kendall that he was not under arrest and never handcuffed Kendall. Kendall rode to the Stamford Police Department in the Stamford Police Sergeant's unmarked Chevy Suburban, sitting in the front passenger seat, with the FBI Task Force Detective sitting in the rear. Officers drove directly from the Stanwich Golf Club to the Stamford Police Department, and the only conversation was prompted by Kendall. Kendall continued to state he was sorry and that he would delete himself from Metalthrone.net. Kendall at one point stated, unprompted, that he believed the posts that were a problem pertained to some Nazi photo's that he had posted that were maybe misunderstood by people on the site. Kendall was assured that once at Police HQ he could explain further.

23. Upon arrival at the Stamford Police Department Sullivan was taken to an interview room on the first floor. The full interview was video recorded beginning at 12:44:00 PM. The interview, conducted by the Stamford Police Sergeant and the FBI Task Force Detective began with a discussion of the threats posted on Metalthrone.net, and what Sullivan meant by his posts against Jews. Kendall admitted that he was a member of the Metalthrone.net forum and that he was the sole and exclusive user of username "KS43." When Kendall could not recall particular posts, officers began reviewing some of the statements that were posted. Once they were read, Sullivan acknowledged that he was the author of the various posts, including, among others, his statements

threatening Jewish groups and people, and his threatening statements about meeting an individual in Westport to shoot or run over him. During the interview, Sullivan also made a voluntary written statement. Prior to doing so, out of an abundance of caution, Sullivan was given an advisement of rights, and he executed a written acknowledgment and waiver of those rights. Sullivan thereafter made a handwritten statement in which he admitted to being the sole and exclusive user of username "KS43" on Metalthrone.net and he admitted to authoring the various threatening posts referenced above. Although Sullivan stated that he had no desire or intention to carry out the threats, he acknowledged that his "intention was to verbally scare or frighten individuals or groups including Jews while posting on Metalthrone.net." Similarly, with respect to the individual Sullivan threatened to meet and kill in Westport, Sullivan stated that his "intent was to scare / frighten, and to win an argument." Sullivan also acknowledged that his communications would be understood as threats, stating that he would cease to post, on the Metalthrone.net forum or elsewhere, threats causing fear to persons, groups, or religious groups.

24. While the officers' interaction and interview of Sullivan was taking place, other officers were executing the search of Sullivan's residence. At the residence, among other things, officers found high capacity magazines. When interviewing officers asked Sullivan about the high capacity magazines and whether Sullivan was in compliance with registry regulations in Connecticut regarding the possession of high capacity magazines, Kendall admitted that he was not in compliance with the regulations. The Stamford Police Department checked with a representative at the special licensing division at the State Firearms Unit, who confirmed that Sullivan was not in compliance with registration requirements for the possession of high capacity magazines. When he returned to the interview room, the Stamford Police Sergeant advised Sullivan that he wwas being charged with violating Conn. Gen. Stat. § CGS 53-202(x), for his failure to register his high

capacity magazines. Kendall was again advised of his rights in regards to the arrest charges which his signed. Kendall was then brought to the detention area for subsequent processing and he has remained in state custody since that time.

25. At the residence, in addition to Sullivan's computer, law enforcement officers seized a large volume of weapons, firearms, firearm components and ammunition, including:

- (1) Ruger Model 10/22, .22 caliber rifle, Serial # 350-30779
- (1) Springfield Armorv, Model SAR-8 Sporter rifle, Serial #12431
- (1) Arsenal Co., Model Bulgaria Standard M44 rifle, Serial # KD02058
- (1) Robinson Armament, Model M96 Expeditionary Rifle, Serial #HP99002259
- (1) Ruger, Model Security Six, .357 caliber revolver, Serial #1563541S
- (1) Berretta, Model 21A-22, semi-automatic handgun w/magazine, Serial # DAA332713
- (1) Smith & Wesson, Model 5906 semi-automatic handgun, Serial #VAS4045
- (1) US Arms Co., Model 12, single shot shotgun, Serial #382550
- (1) High Standard, Model Double Nine, .22 caliber revolver, Serial #1140100
- (1) Plainsman, .177 caliber pistol, Serial #0795753
- (1) Pietro Berretta, Model Silver Snipe, 20 gauge shotgun, Serial #05553
- (6) CBC Brand, .357 magazine, bullets
- (1) magazine containing 14 bullets and one loose bullet
- (1) Marksman, Model Plainsman Pellet gun
- (1) BSA Brand Red Dot Scope
- (1) Haenel Pellet gun, 1 D.R.P.
- (1) Pro Point Rifle Scope
- (1) Daisey Model 840 Rogers AR, Pellet gun
- (1) Crossman, Model 66 Power Master, Air Gun, Serial #209207322
- (1) Crossman, Model 66 Power Master, Air Gun, Serial #697218243
- (1) Daisey, Model 13988 rifle, Serial #172011335626m
- (1) Sealed Box Containing:
    - (4) boxes Stinger .22 ammunition
    - (2) boxes 7.62 x 54r ammunition
    - (1) large box Viper .22 ammunition
    - (2) small boxes Viper .22 ammunition
    - (1) box .22 rim fire ammunition
    - (1) box Mag Tech ammunition
    - (1) box Winchester .38 ammunition
    - (1) box Federal Premium ammunition
    - (1) box Mag Tech Technologically Advanced ammunition
    - (1) box Lellier & Bellot, .308 caliber mm ammunition
    - (5) firearm magazines
    - (1) box Lellier & Bellot, .9mm ammunitino
    - (1) box Federal .38 Special ammunition

12

   (5) Firearm parts
   (1) bag loose ammunition
   (1) bullet in a clear vial
   (2) boxes .38 caliber ammunition
   (1) box with .223 ammunition
   (2) boxes 556 ammunition
   (1) box 7.62 ammunition
   (3) boxes .357 ammunition
   (1) box 9mm ammunition
   (3) bags of rifle ammunition (unknown caliber)
   (1) bag with pistol and rifle ammunition
   (1) bag with rifle ammunition / blank rounds
   (2) loose pistol rounds
   (1) loose rifle round
- (1) Pietro Beretta, Silver Snipe, 12 gauge, Serial #A27353
- (1) Fabrica ItalianaSabatti long gun, Serial #153789
- (1) Mossberg 410 gauge shotgun, Serial #L277011
- (1) Remington Model 600 long gun, Serial #68346
- (1) Remington Model 600 .350 rem mag w/redfield scope, Serial # 61559
- (1) Ruger 44 Magnum long gun, Serial # 93031
- (1) Remington Model 740 Woodsmaster, 30-06 Springfield Long Gun, Serial #87863
- (1) Browning Arms, .22 caliber long gun, Serial #8802696
- (1) Remington Arms Model 12 long gun, Serial #712978
- (12) Firearm magazines, (5) rounds of ammunition, (1) box of round ball bullets
- (1) lower receiver C01855, (1) firearm magazine, (1) top to rifle, (2) rifle heat shields, (1) rifle scope
- (1) box Hornady 32 spec 120 grain, (2) boxes Remington 350 magnum 200 grain, (1) box Remington 30-30 win 150 grain, (2) boxes 30-60 Springfield 180 grain, (1) box Remington 200 grain, (1) box Remington 32 STW 88 grain, (1) box Remington 22/v
- (1) taser with two sets of cartridges and batters

## CONCLUSION

26. Based on the foregoing, there is probable cause to believe and I do believe that KENDALL J. SULLIVAN committed violations of Title 18, United States Code, Section 875(c) (threatening communications). Accordingly, I request the issuance of a complaint and warrant authorizing his arrest. Your affiant further requests that the criminal complaint, arrest warrant and affidavit be sealed until the execution of the federal arrest warrant for Sullivan and specifically, the government requests that the Court permit the criminal complaint, arrest warrant and affidavit to be

13

provided to any defense counsel after execution of the arrest warrant on Sullivan, in advance of his initial appearance, and the government further requests that the criminal complaint, arrest warrant and affidavit be unsealed once Sullivan appears for his initial appearance.

27. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
JAMES M. LAWTON, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn and subscribed to before me this 19th day of July 2016 at Bridgeport, Connecticut.

/s/Victor A. Bolden
_____
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE